No. 716. ATLANTA LAUNDRIES, INC., ET AL. *v.* CITY OF NEWMAN ET AL. Jurisdictional statement submitted April 11, 1932. Decided April 18, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a final decree.

*Gibbons* v. *Ogden,* 6 Wheat. 448; *Verden* v. *Coleman,* 18 How. 86; *Moses* v. *The Mayor,* 15 Wall. 387; *Reddall* v. *Bryan,* 24 How. 420; *Brannan* v. *Harrison,* 284 U. S. 579; *Augusta Power Co.* v. *Savannah River Electric Co.,* 284 U. S. 574; *Gant* v. *Oklahoma City,* 284 U. S. 594. *Mr. B. J. Mayer* for appellants. *Mr. H. A. Hall* for appellees.